### No. 3.

BOUTWELL *against* THOMPSON. *Washington*, 1817.

AN action of tresspass for false imprisonment, will not lie in favor of a minor, against the officer enlisting him, and commanding him in the army, though the consent of the parents was not given in writing. The minor, in this case, had not been discharged by *habeas corpus.*